# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:19-cr-00307-RCL** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 19-MJ-200-01** |
| | : | |
| **WILLIS PIERRE LEWIS,** | : | **VIOLATIONS:** |
| **BRITTANY JONES,** | : | |
| **DYAMOND SMITH, and** | : | **18 U.S.C. §§ 1591(a)(1), (a)(2), and (b)(1)** |
| **RONDA MANNS,** | : | **(Sex Trafficking by Force, Fraud, and** |
| | : | **Coercion)** |
| **Defendants.** | : | |
| | : | **18 U.S.C. § 1591(a)(1), (a)(2), and (b)(2)** |
| | : | **(Sex Trafficking of Minors)** |
| | : | |
| | : | **18 U.S.C. § 1594(c)** |
| | : | **(Conspiracy to Sex Traffic Minors)** |
| | : | |
| | : | **18 U.S.C. § 2423(a)** |
| | : | **(Transportation of a Minor with Intent to** |
| | : | **Engage in Criminal Sexual Activity)** |
| | : | |
| | : | **18 U.S.C. § 2423(e)** |
| | : | **(Conspiracy to Transport Minors with** |
| | : | **Intent to Engage in Criminal Sexual** |
| | : | **Activity)** |
| | : | |
| | : | **18 U.S.C. § 2421(a)** |
| | : | **(Transportation)** |
| | : | |
| | : | **18 U.S.C. § 1952(a)(3)(A)** |
| | : | **(Interstate Travel and Transportation in** |
| | : | **Aid of Racketeering)** |
| | : | |
| | : | **18 U.S.C. § 922(g)(1)** |
| | : | **(Unlawful Possession of a Firearm by a** |
| | : | **Person Convicted of a Crime Punishable** |
| | : | **by Imprisonment for a Term Exceeding** |
| | : | **One Year)** |
| | : | |

:   **18 U.S.C. § 1591(d)**
:   **(Obstruction of Enforcement of Title 18**
:   **U.S.C. § 1591)**
:
:   **22 D.C. Code § 404(a)(1)**
:   **(Assault)**
:
:   **Forfeiture: 18 U.S.C. § 1594(d), 2428(a);**
:   **(a)(2)(A); 21 U.S.C. § 853(p)**

## FIRST SUPERSEDING INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, the defendant, **WILLIS PIERRE LEWIS**, did, in or affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, and benefit financially by receiving anything of value for participating in a venture that did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, a person who had not attained the age of 18 – that is, Z.S. – having had a reasonable opportunity to observe Z.S. and knowing and in reckless disregard that Z.S. was under the age of 18 years old, by means of force, threats of force, fraud, and coercion, and any combination of such means, knowing and in reckless disregard that Z.S. would be caused to engage in a commercial sex act.

(**Sex Trafficking by Force, Fraud, and Coercion**, in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(1))

### COUNT TWO

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, the defendant, **WILLIS PIERRE LEWIS**, did, in or affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and

solicit by any means, and benefit financially by receiving anything of value for participating in a venture that did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, a person who had not attained the age of 18 – that is, T.H.Y. – having had a reasonable opportunity to observe T.H.Y. and knowing and in reckless disregard that T.H.Y. was under the age of 18 years old, by means of force, threats of force, fraud, and coercion, and any combination of such means, knowing and in reckless disregard that T.H.Y. would be caused to engage in a commercial sex act.

**(Sex Trafficking by Force, Fraud, and Coercion**, in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(1))

**COUNT THREE**

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, the defendants, **WILLIS PIERRE LEWIS** and **BRITTANY JONES**, did, in or affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, and benefit financially by receiving anything of value for participating in a venture that did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, a person who had not attained the age of 18 – that is, Z.S., a 15-year-old minor female – having had a reasonable opportunity to observe Z.S. and knowing and in reckless disregard that Z.S. was under the age of 18 years old, knowing and in reckless disregard that Z.S. would be caused to engage in a commercial sex act.

**(Sex Trafficking of Minors**, in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(2))

**COUNT FOUR**

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, the defendants, **WILLIS PIERRE LEWIS** and **BRITTANY JONES**, did, in or

3

affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, and benefit financially by receiving anything of value for participating in a venture that did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, a person who had not attained the age of 18 – that is, T.H.Y., a 17-year-old minor female – having had a reasonable opportunity to observe T.H.Y. and knowing and in reckless disregard that T.H.Y. was under the age of 18 years old, knowing and in reckless disregard that T.H.Y. would be caused to engage in a commercial sex act.

 (**Sex Trafficking of Minors**, in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2), and (b)(2))

## COUNT FIVE

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, in or affecting interstate commerce, the defendants, **WILLIS PIERRE LEWIS**, **BRITTANY JONES**, **DYAMOND SMITH**, and **RONDA MANNS**, did combine, conspire, confederate, and agree with co-conspirators, known and unknown to the grand jury, to knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, and benefit financially by receiving anything of value for participating in a venture that did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means, two female minors whose initials are T.H.Y. and Z.S., having had a reasonable opportunity to observe T.H.Y. and Z.S. and knowing and in reckless disregard that T.H.Y. and Z.S. were under the age of 18 years old and in knowing and in reckless disregard that T.H.Y. and Z.S. would be caused to engage in commercial sex acts.

 (**Conspiracy to Sex Traffic Minors**, in violation of Title 18, United States Code, Section 1594(c))

## COUNT SIX

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, the defendants, **WILLIS PIERRE LEWIS** and **BRITTANY JONES**, did knowingly transport Z.S., an individual who had not attained the age of 18 years, that is, 15 years of age, in interstate or foreign commerce, with intent that Z.S. engage in any sexual activity for which any person can be charged with a criminal offense.

(**Transportation of a Minor with Intent to Engage in Criminal Sexual Activity**, in violation of Title 18, United States Code, Section 2423(a))

## COUNT SEVEN

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, the defendants, **WILLIS PIERRE LEWIS** and **BRITTANY JONES**, did knowingly transport T.H.Y., an individual who had not attained the age of 18 years, that is, 17 years of age, in interstate or foreign commerce, with intent that T.H.Y. engage in any sexual activity for which any person can be charged with a criminal offense.

(**Transportation of a Minor with Intent to Engage in Criminal Sexual Activity**, in violation of Title 18, United States Code, Section 2423(a))

## COUNT EIGHT

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, the defendants, **WILLIS PIERRE LEWIS** and **BRITTANY JONES**, did knowingly combine, conspire, confederate, and agree with co-conspirators, known and unknown to the grand jury, to transport Z.S. and T.H.Y., individuals who had not attained the age of 18 years, that is, 15 and 17 years of age, respectively, in interstate or foreign commerce, with intent that Z.S. and T.H.Y. engage in any sexual activity for which any person can be charged with a criminal offense.

(**Conspiracy to Transport Minors with Intent to Engage in Criminal Sexual Activity**, in violation of Title 18, United States Code, Section 2423(e))

## COUNT NINE

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, the defendants, **WILLIS PIERRE LEWIS** and **BRITTANY JONES**, did knowingly transport an individual in interstate and foreign commerce, that is, Z.S., with the intent that such individual engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

(**Transportation**, in violation of Title 18, United States Code, Section 2421(a))

## COUNT TEN

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, the defendants, **WILLIS PIERRE LEWIS** and **BRITTANY JONES**, did knowingly transport an individual in interstate and foreign commerce, that is, T.H.Y., with the intent that such individual engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

(**Transportation**, in violation of Title 18, United States Code, Section 2421(a))

## COUNT ELEVEN

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, in and affecting interstate commerce, the defendant, the defendants, **WILLIS PIERRE LEWIS**, **BRITTANY JONES**, and **RONDA MANNS**, together with co-conspirators, known and unknown to the grand jury, knowingly traveled in interstate commerce and used an instrumentality of interstate commerce, including cellphones and the internet, with intent to otherwise promote, manage, establish, carry on and facilitate the promotion, management, establishment, and carrying on of prostitution offenses in violation of the laws of the District of Columbia and of the United

6

States, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on such unlawful prostitution activity.

> (**Interstate Travel and Transportation in Aid of Racketeering**, in violation of Title 18, United States Code, Section 1952(a)(3)(A))

## COUNT TWELVE

Between on or about April 25, 2019, and May 11, 2019, in the District of Columbia and elsewhere, the defendant, **WILLIS PIERRE LEWIS**, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year in Anne Arundel County, Maryland in criminal case no. K0202270 and in criminal case no. 02K05001443, did unlawfully and knowingly possess a firearm, that is, a black handgun, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

> (**Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT THIRTEEN

Between on or about July 30, 2019, and September 9, 2019, in the District of Columbia, the defendant, **WILLIS PIERRE LEWIS**, attempted to obstruct, interfere with and prevent enforcement of Title 18 U.S.C. Section 1591, which prohibits sex trafficking of minors and sex trafficking by force, fraud, or coercion.

> (**Obstruction of Enforcement of Title 18 U.S.C. Section 1591**, in violation of Title 18, United States Code, Section 1591(d))

## COUNT FOURTEEN

Between on or about July 30, 2019, and August 30, 2019, in the District of Columbia, the defendant, **RONDA MANNS**, attempted to obstruct, interfere with and prevent enforcement of

Title 18 U.S.C. Section 1591, which prohibits sex trafficking of minors and sex trafficking by force, fraud, or coercion.

> (**Obstruction of Enforcement of Title 18 U.S.C. Section 1591**, in violation of Title 18, United States Code, Section 1591(d))

## COUNT FIFTEEN

On or about February 1, 2019, in the District of Columbia, the defendant, **WILLIS PIERRE LEWIS**, unlawfully assaulted and threatened Ashley Taylor in a menacing manner.

> (**Assault**, in violation of 22 D.C. Code Section 404(a)(1))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Counts One through Five, the defendants shall forfeit to the United States any interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations, pursuant to 18 U.S.C. Section 1594(d).   The United States will also seek a forfeiture money judgment equal to the value of any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and any property, real or personal, constituting or derived from, any proceeds that such person obtained, directly or indirectly, as a result of such violations.

2.      Upon conviction of the offenses alleged in Counts Six through Ten, the defendants shall forfeit to the United States any interest in any property, real or personal, that was used or intended to be used to commit or facilitate the commission of these violations and any property, real or personal, constituting or derived from any proceeds the defendants obtained, directly or indirectly as a result of these violations, pursuant to 18 U.S.C. Section 2428(a). The United States

will also seek a forfeiture money judgment equal to the value of any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violations; and any property, real or personal, constituting or derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   a.      cannot be located upon the exercise of due diligence;

   b.      has been transferred or sold to, or deposited with, a third party;

   c.      has been placed beyond the jurisdiction of the Court;

   d.      has been substantially diminished in value; or

   e.      has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

   (**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 1594(d) and 2428(a), and Title 21, United States Code, Section 853(p))

A TRUE BILL

FOREPERSON

Attorney for the United States in
and for the District of Columbia

9